Argued and submitted January 28,
petition for judicial review dismissed April 27, 1981

FRIENDS OF POLK COUNTY,
*Petitioner,*

*v.*

LAND CONSERVATION AND DEVELOPMENT
COMMISSION et al,
*Respondents.*

(CA 17542)

626 P2d 1371

Richard C. Stein, Salem, argued the cause for appellant. With him on the brief was Ramsay, Stein & Feibleman, Salem.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent Land Conservation and Development Commission. On the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, William F. Gary, Deputy Solicitor General, and Mary J. Deits, Assistant Attorney General, Salem.

Dennis McCaffrey, Polk County Counsel, Dallas, waived appearance for respondent Polk County.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM

**PER CURIAM**

The parties agree that the recitation of historical facts in petitioner's "Supplemental Argument" filed in this court is correct. That recitation establishes that this judicial review proceeding is moot.

Petition for judicial review dismissed.